IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MINDEN PICTURES, INC.,** | § § § | |
| v. | § § § | CIVIL ACTION **4:18-CV-2862** <br><br> JURY |
| **TECH MAKAI, LLC, A TEXAS limited liability company; AND DOES 1 through 10** | § § | |

## **OFFER OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68, Defendant Tech Makai, LLC and Trevor Nace make the following Offer of Judgment:

### I.

#### INTRODUCTION

1.1. This Offer of Judgment is made solely for the purpose of achieving resolution of this case and shall not be construed as a waiver of any rights or defenses available to Tech Makai, LLC or any other Defendants should the Offer be rejected by Plaintiff. In the event Plaintiff rejects this Offer, all such rights are expressly reserved.

1.2. Plaintiff brings this suit seeking damages for copyright infringement as well as violations of the Digital Millennium Copyright Act. Plaintiff's claims specifically relate to five images that briefly appeared on a website, Science Trends, operated by Defendant Tech Makai, LLC. Trevor Nace, an individual believed to be one of the "John Doe" fictitious defendants referenced in Plaintiff's pleadings, is a member/owner of Tech Makai, LLC.

1.3. Prior settlement negotiations with Plaintiff having proven unsuccessful, Tech Makai and Nace make this Offer of Judgment at least 14 days before the date this case is set for trail. Fed. R. Civ. P. 68(a).

## II.

### OFFER OF JUDGMENT

2.1. Tech Makai and Nace offer $9,000.00 for which judgment may be entered.

2.2. The offer set forth in Paragraph 2.1 above is inclusive of all damages and other remedies requested by Plaintiff, and specifically includes all costs accrued, including attorneys' fees.

2.3. This Offer of Judgment shall remain open and irrevocable for 14 days after service. If Plaintiff does not accept the offer in writing within 14 days after service of this Offer of Judgment, the offer is deemed withdrawn.

Respectfully submitted,

By:    /s/ Jeffrey R. Ross
Jeffrey R. Ross
State Bar No. 24041823
jross@rossbarneslaw.com

Ross Barnes LLP
275 W. Campbell Road, Suite 210
Richardson, TX 75080
(214) 420-2300
(214) 420-2299 (facsimile)

**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I do hereby certify that on October 19, 2018, a true and correct copy of the above and foregoing document has been forwarded to all counsel of record through this Court's electronic filing system.

   /s/ Jeffrey R. Ross
Jeffrey R. Ross